**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIGOBERTO FIERROS PEDROZA,<br>Petitioner,<br>v.<br>WARDEN, Otay Mesa Detention Center, et, al.,<br>Respondents. | Case No.: 26-cv-3529-BJC-AHG<br>**ORDER TO SHOW CAUSE REGARDING PETITIONER'S MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEF OR STATUS REPORT [ECF NO. 7]** |

Pending before the Court is Petitioner's Motion to Extend Time to File Supplemental Brief or Status Report. ECF No. 7. Petitioner requests additional time within which to file supplemental briefing on behalf of Petitioner, and requests that Respondents' return date also be extended. However, there is no indication in the Motion that Respondents have been alerted to the request or agree to the extension of time.

In light of the above, Petitioner is directed to file a Supplemental Document indicating whether counsel for Respondents have been contacted, and if so, whether they agree to the Motion's request **no later than July 31, 2026.**

**IT IS SO ORDERED**.

Dated: July 28, 2026

Honorable Benjamin J. Cheeks
United States District Judge