**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIGOBERTO FIERROS PEDROZA,<br>Petitioner,<br>v.<br>WARDEN, Otay Mesa Detention Center, et, al.,<br>Respondents. | Case No.: 26-cv-3529-BJC-AHG<br>**ORDER GRANTING JOINT SUPPLEMENTAL MOTION TO EXTEND BRIEFING SCHEDULE [ECF NO. 9]** |

Pending before the Court is a Joint Supplemental Motion to Extend Briefing Schedule. ECF No. 9. Good cause appearing, the Court **GRANTS** the Motion. Petitioner may file supplemental briefing **no later than August 7, 2026,** Respondents' return is due **no later than August 21, 2026**. Petitioner's traverse is due **no later than August 21, 2026.**

Respondent, its agents, employees, successors, attorneys, and all persons acting in active concert or participation with them continue to be **ENJOINED** from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated: July 29, 2026

Honorable Benjamin J. Cheeks
United States District Judge